UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY SCORZAFAVA and RONALD
SCORZAFAVA, her husband,

      Plaintiffs,

v.                                                   Case No.  8:06-cv-777-T-24MSS

BAUSCH & LOMB INCORPORATED, a
New York corporation,

      Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion to Stay All Proceedings Pending Decision By the Judicial Panel On Multidistrict Litigation (Doc. No. 8). Defendant asserts that there are currently approximately forty-eight (48) overlapping product liability/personal injury actions, including the instant case, that are pending in, or will be removed to, federal courts that involve allegations of health risks from its contact lens solution ReNu® with MoistureLoc®. Defendant further asserts that certain of these plaintiffs have filed a motion titled Motion to Transfer and Consolidate Pursuant to 28 U.S.C. §1407 which is currently pending before the Judicial Panel on Multidistrict Litigation ("JPML"). Defendant anticipates the establishment of MDL No. 1785, *In re Bausch & Lomb*, *Inc. Contact Lens Solution Products Liability Litigation*, and the subsequent transfer of this case for coordinated pretrial proceedings. Defendant requests that this Court stay all proceedings pending the decision of the JPML. Plaintiffs do not oppose this motion.

Upon consideration, it is **ORDERED AND ADJUDGED** that:

(1)     Defendant's Unopposed Motion to Stay All Proceedings Pending Decision By the Judicial Panel On Multidistrict Litigation (Doc. No. 8) is **GRANTED**;

(2) This matter is **STAYED** pending a decision by the Judicial Panel on Multidistrict Litigation;

(3) The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case; and

(4) Either party may move to return this case to active status at any time.

**DONE AND ORDERED** at Tampa, Florida, this 13th day of July, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record